UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
FILED
NOV - 4 2011
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES OF AMERICA

V.                                              INDICTMENT NO. 5:11-CR-143-KKC

MICHAEL SALYERS,
NAOMI JOHNSON,
EARL YOUNG, and
JACKIE JENNINGS

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

## COUNT 1
## 18 U.S.C. § 371

From on or about a date in late April, until on or about a date in mid-May, 2010, in Jackson and Breathitt Counties, in the Eastern District of Kentucky,

MICHAEL SALYERS,
NAOMI JOHNSON,
EARL YOUNG, and
JACKIE JENNINGS

conspired and agreed with one another, and with others known and unknown, to violate a law of the United States, that is, to pay and offer to pay persons to vote in an election held in part to select a candidate for the office of United States Senator, and in furtherance of the conspiracy, one or more of the defendants committed the overt acts of paying persons to vote, as described in Counts 2 through 8 below, the allegations of which are incorporated

herein by reference, all in violation of 18 U.S.C. § 371.

## COUNT 2
### 42 U.S.C. § 1973i(c)

On or about May 3, 2010, in Jackson and Breathitt Counties, in the Eastern District of Kentucky,

**MICHAEL SALYERS and
NAOMI JOHNSON,**

aided and abetted by one another, paid and offered to pay C.A.R. for voting in an election held in part to select a candidate for a seat in the United States Senate, all in violation of 42 U.S.C. § 1973i(c).

## COUNT 3
### 42 U.S.C. § 1973i(c)

On or about May 3, 2010, in Jackson and Breathitt Counties, in the Eastern District of Kentucky,

**MICHAEL SALYERS,**

aided and abetted by others, paid and offered to pay R.D.H. for voting in an election held in part to select a candidate for a seat in the United States Senate, all in violation of 42 U.S.C. § 1973i(c).

## COUNT 4
### 42 U.S.C. § 1973i(c)

On or about May 3, 2010, in Jackson and Breathitt Counties, in the Eastern District of Kentucky,

MICHAEL SALYERS,
NAOMI JOHNSON, and
EARL YOUNG,

aided and abetted by one another, paid and offered to pay R.M. for voting in an election held in part to select a candidate for a seat in the United States Senate, all in violation of 42 U.S.C. § 1973i(c).

## COUNT 5
## 42 U.S.C. § 1973i(c)

On or about May 3, 2010, in Jackson and Breathitt Counties, in the Eastern District of Kentucky,

MICHAEL SALYERS

paid and offered to pay C.F. for voting in an election held in part to select a candidate for a seat in the United States Senate, all in violation of 42 U.S.C. § 1973i(c).

## COUNT 6
## 42 U.S.C. § 1973i(c)

On or about May 3, 2010, in Jackson and Breathitt Counties, in the Eastern District of Kentucky,

MICHAEL SALYERS and
JACKIE JENNINGS,

aided and abetted by one another, paid and offered to pay D.S. for voting in an election held in part to select a candidate for a seat in the United States Senate, all in violation of 42 U.S.C. § 1973i(c).

## COUNT 7
## 42 U.S.C. § 1973i(c)

On or about May 3, 2010, in Jackson and Breathitt Counties, in the Eastern District of Kentucky,

**MICHAEL SALYERS and
JACKIE JENNINGS,**

aided and abetted by one another, paid and offered to pay M.F. for voting in an election held in part to select a candidate for a seat in the United States Senate, all in violation of 42 U.S.C. § 1973i(c).

## COUNT 8
## 42 U.S.C. § 1973i(c)

On or about May 18, 2010, in Jackson and Breathitt Counties, in the Eastern District of Kentucky,

**MICHAEL SALYERS**

paid and offered to pay S.S.H. for voting in an election held in part to select a candidate for a seat in the United States Senate, all in violation of 42 U.S.C. § 1973i(c).

**A TRUE BILL**

_____
**FOREPERSON**

_Kerry B. Harvey_
**KERRY B. HARVEY
UNITED STATES ATTORNEY**

4

## PENALTIES

**COUNTS 1 – 8:** Not more than 5 years imprisonment, $250,000 fine, and 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.