UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
FILED

NOV - 4 2011

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

CRIMINAL ACTION NO. 5:11-CR-143-KKC

UNITED STATES OF AMERICA                                    PLAINTIFF

V.            MOTION OF UNITED STATES
              FOR ISSUANCE OF SUMMONS

JACKIE JENNINGS                                             DEFENDANT

\* \* \* \* \*

The United States moves for the issuance of summons for the presence of the Defendant, Jackie Jennings, to answer the felony charges returned by the Grand Jury on November 4, 2011.

Respectfully submitted,

KERRY B. HARVEY
UNITED STATES ATTORNEY

By: _____
Kenneth R. Taylor
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4874
FAX (859) 233-2747
Ken.Taylor@usdoj.gov