UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
FILED
NOV - 4 2011
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

CRIMINAL ACTION NO. 5:11-CR-143-KKC

UNITED STATES OF AMERICA          PLAINTIFF

V.          ORDER FOR ISSUANCE OF SUMMONS

JACKIE JENNINGS          DEFENDANT

\* \* \* \* \*

The Court ORDERS that the Motion of the United States for issuance of summons is GRANTED, and Summons shall be ISSUED for the Defendant, Jackie Jennings, to APPEAR in United States District Court at Lexington, Kentucky, on __December 8__, 2011, at __1:30 pm__, and shall DIRECT the Defendant to contact the United States Probation Office in Lexington, Kentucky, at telephone number (859) 233-2646, within 48 hours of the receipt of the Summons, excluding weekends, in order to arrange an interview by the United States Probation Office for the purpose of obtaining information pertaining to the pretrial release of the Defendant.

On this __4th__ day of __November__, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

Copies:   United States Marshal
          United States Probation
          Ken Taylor, Assistant United States Attorney